PD-0171-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/12/2016 5:11:06 PM
Accepted 5/13/2016 8:56:13 AM
ABEL ACOSTA
CLERK

# DAN WOOD, JR.
ATTORNEY AT LAW
BOARD CERTIFIED, TEXAS BOARD OF LEGAL SPECIALIZATION – CRIMINAL APPELLATE LAW

DALLAS OFFICE:
4303 NORTH CENTRAL
DALLAS, TEXAS 75205
TEL: (214) 559-8815
FAX: (214) 696-0867
EMAIL: danwoodjr@sbcglobal.net

TERRELL OFFICE:
114 N. ADELAIDE STREET
TERRELL, TEXAS 75160
TEL: (972) 563-3388
FAX: 9972) 563-3424

May 12, 2016

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, TX 78711

Re:     Green v. State; No. PD-0171-CR
         (Appeals Court No. 10-14-00161-CR; Trial Court No. 2012-1908-C1)

Dear Clerk:

In response to your letter of May 4, 2016, I have been retained to represent the Appellant in the above-referenced cause in the Court of Criminal Appeals regarding the granting of the State's petition for discretionary review. By this letter, I appear on behalf of the Appellant for all purposes.

Please let me know if you need any further information.

Sincerely,

/Dan Wood, Jr./

_____
Dan Wood, Jr.
SBN 21887050
Attorney for Appellant

cc:     Mr. Gabriel Price, Asst Dist. Atty for McLennan County (Delivered by Email)

        Ms. Lisa McMinn, State Prosecuting Atty, (Delivered by Email)

        Client